UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY WIDE HEALTH FACILITY, INC.,<br>RELIEF MEDICAL, P.C.,<br>DIAGNOSTIC MEDICINE, P.C.,<br>DAI MAI ACUPUNCTURE, P.C.,<br>MINGMEN ACUPUNCTURE SERVICES, P.C.,<br>AM CHIROPRACTIC, P.C.,<br>AMBER STREET CHIROPRACTIC, P.C.,<br>FINE MOTOR PHYSICAL THERAPY, P.C.,<br>YURY KOYEN, M.D.,<br>ALEKSANDR LEVIN, M.D.,<br>IGOR MAYZENBERG, L.AC.,<br>ALEXANDER MAZUROVSKY, D.C.,<br>JOSEPH SEDRAK, P.T.,<br>ALEXANDER ZHAROV,<br>EDWARD ATBASHYAN,<br>SIMON KORENBLIT, AND<br>ALEX KORENBLIT,<br><br>Defendants. | Civil Action No.:<br>1:21-cv-06509-MKB-RML |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company, and their counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendants, City Wide Health Facility, Inc., Alexander Zharov, Edward Atbashyan, Simon Korenblit, and Alex Korenblit, without costs to any party.

1

Respectfully Submitted,

Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company,*
*Allstate Property & Casualty Insurance Company,*
and
*Allstate Fire & Casualty Insurance Company,*
By Their Attorneys:

*/s/ Shauna L. Sullivan*
_____
Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Shauna L. Sullivan (SS5624)
Hugh C.M. Brady (HB4724)
Andrew T. Apjohn (AA1998)
King, Tilden, McEttrick & Brink, P.C.
350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214
rking@ktmpc.com
ntilden@ktmpc.com
ssullivan@ktmpc.com
hbrady@ktmpc.com
aapjohn@ktmpc.com

Dated:  January 14, 2022

**CERTIFICATE OF SERVICE**

      I, Shauna L. Sullivan, hereby certify that on January 14, 2022, I caused to be served the foregoing **Notice of Voluntary Dismissal With Prejudice** via ECF filing upon all parties and counsel of record.

Date: January 14, 2022

                                        */s/ Shauna L. Sullivan*
                                        _____
                                        Shauna L. Sullivan