UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY WIDE HEALTH FACILITY, INC., RELIEF MEDICAL, P.C., DIAGNOSTIC MEDICINE, P.C., DAI MAI ACUPUNCTURE, P.C., MINGMEN ACUPUNCTURE SERVICES, P.C., AM CHIROPRACTIC, P.C., AMBER STREET CHIROPRACTIC, P.C., FINE MOTOR PHYSICAL THERAPY, P.C., YURY KOYEN, M.D., ALEKSANDR LEVIN, M.D., IGOR MAYZENBERG, L.AC., ALEXANDER MAZUROVSKY, D.C., JOSEPH SEDRAK, P.T., ALEXANDER ZHAROV, EDWARD ATBASHYAN, SIMON KORENBLIT, AND ALEX KORENBLIT, <br><br> Defendants. | C.A. No.1:21-cv-06509-MKB-RML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively "Allstate"), and Defendants Igor Mayzenberg, L.Ac., Mingmen Acupuncture Services, P.C., and Dai Mai Acupuncture, P.C., by and through their undersigned counsel, that Allstate's Complaint (ECF No.

1

1) be dismissed as to Defendants Igor Mayzenberg, L.Ac., Mingmen Acupuncture Services, P.C., and Dai Mai Acupuncture, P.C. with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Igor Mayzenberg, L.Ac.,* |
| *Allstate Indemnity Company,* | *Mingmen Acupuncture Services, P.C., and* |
| *Allstate Property & Casualty Insurance Company, and* | *Dai Mai Acupuncture, P.C.,* |
| *Allstate Fire and Casualty Insurance Company,* | By Their Attorneys: |
| By Their Attorneys: | |

*/s/ Shauna L. Sullivan* */s/ Matthew J. Conroy*
_____  _____

| Shauna L. Sullivan, Esq. | Matthew J. Conroy, Esq. |
|---|---|
| Hugh C. M. Brady, Esq. | Schwartz, Conroy & Hack, PC |
| Andrew T. Apjohn, Esq. | 666 Old Country Road, Suite 900 |
| King, Tilden, McEttrick & Brink, P.C. | Garden City, NY 11530 |
| 350 Granite Street, Suite 2204 | (516) 745-1122 (phone) |
| Braintree, MA 02184 | (516) 745-0844 (fax) |
| (617) 770-2214 (phone) | |
| (617) 657-6070 (fax) | |

Dated: May 17, 2022            Dated: May 17, 2022


SO ORDERED:

Dated:   Brooklyn, New York          ___S/Margo K. Brodie_____
         ____May 18____, 2022       Brodie, J.
                                    United States District Judge